DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANKLIN P. JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0238

[August 8, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; William Loy Roby, Judge; L.T. Case No. 432017CF000393A.

Franklin P. Jones, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GROSS, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***